UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>              v.<br>CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER, et al.,<br><br>    Defendants. | Case No.: CV 15-3919 DMG (JPRx)<br><br>ORDER RE DISMISSAL OF ACTION [62] |

1

Plaintiff United States of America, Defendants City of Los Angeles, acting by and through the Los Angeles Department of Water and Power, Kenneth Dinsmoor, Earl Foust, Jesus Del Villar, and Jeff Follin, and Third-Party Defendant Impact Power, Inc., filed a Stipulation to Dismiss Action based on the Settlement Agreement reached between the United States and Defendant City of Los Angeles, acting by and through the Los Angeles Department of Water and Power, and the settlement agreement reached between the City of Los Angeles, acting by and through the Los Angeles Department of Water and Power and Impact Power, Inc. Therefore, good cause appearing,

IT IS HEREBY ORDERED, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

DATED: April 17, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE